[Cite as *State v. Washington*, 2021-Ohio-3883.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

STATE OF OHIO,

        Plaintiff-Appellee,

- v -

TIANA CHANEL WASHINGTON,

        Defendant-Appellant.

CASE NO. 2021-P-0026

Criminal Appeal from the
Municipal Court, Ravenna Division

Trial Court No. 2020 TRC 10902 R

## M E M O R A N D U M
## O P I N I O N

Decided: November 1, 2021
Judgment: Appeal dismissed

*Victor V. Vigluicci,* Portage County Prosecutor, and *Theresa M. Scahill*, Assistant Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Adam M. Van Ho,* 243 Furnace Street, Suite 201, Akron, OH 44304 (For Defendant-Appellant).

JOHN J. EKLUND, J.

{¶1} Appellant, Tiana Chanel Washington, appeals from a February 11, 2021 entry of the Portage County Municipal Court, Ravenna Division. After finding appellant guilty of OVI, a first-degree misdemeanor, and speeding, a minor misdemeanor, the trial court sentenced her to a $475 fine; 180 days in jail, with 180 days suspended; and a one year driver's license suspension.

{¶2} Appellee, the state of Ohio, filed a motion to dismiss the appeal for lack of jurisdiction indicating that the sentencing entry is not a final appealable order.

Specifically, appellee contends that the appeal should be dismissed because the entry does not contain a separate sentence for each offense; rather, it just contains a "blanket sentence" for both convictions. *State v. Clay*, 11th Dist. Trumbull No. 2009-T-0126, 2010-Ohio-4558, ¶ 11; and *State v. Garner,* 11th Dist. Trumbull No. 2002-T-0025, 2003-Ohio-5222, ¶ 7.

{¶3} No brief or memorandum in opposition to the motion has been filed by appellant.

{¶4} When only a single sentence is imposed after finding an appellant guilty of two different crimes, one of the offenses is left without a sentence, and this court is unable to determine to which offense the sentence applies. Thus, there is no final appealable order. *Garner* at ¶ 10. *See also State v. Kelly,* 11th Dist. Portage No. 2020-P-0077, 2021-Ohio-474.

{¶5} Therefore, it is ordered that appellee's motion to dismiss is granted, and the appeal is hereby dismissed.


MARY JANE TRAPP, P.J., concurs,

THOMAS R. WRIGHT, J., concurs in judgment only.